# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

ALEXANDER DAWKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0024

————————————————

April 19, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Rachael E. Reese and Olivia M. Goodman of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

C. Suzanne Bechard, Associate Deputy Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.